AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
### for the
### Western District of Arkansas

| | |
|---|---|
| United States of America<br>v.<br><br>*Karri Lewis* | )<br>)<br>)<br>)  Case No:  2:06CR20051-002<br>)  USM No:  07846-010 |
| Date of Previous Judgment:  _____June 18, 2006_____<br>(Use Date of Last Amended Judgment if Applicable) | )  pro se<br>)  Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  ☑ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the *United States Sentencing Commission pursuant to 28 U.S.C. § 994(u)*, and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____51_____ months **is reduced to** __41 months__ .

## I.  COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 27 | Amended Offense Level: | 25 |
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range: | 130 to 162 months | Amended Guideline Range: | 110 to 137 months |

## II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.

☑ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (*explain*):

## III.  ADDITIONAL COMMENTS

The Court, consistent with its 10 level departure from the original Guidelines range, finds Defendant's sentence should be reduced to 41 months.

Except as provided above, all provisions of the judgment dated __6/18/2006__ shall remain in effect.

**IT IS SO ORDERED.**

Order Date:  __April 1, 2008__

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
APR 0 1 2008

_____
Judge's signature

Effective Date: _____
(if different from order date)

Honorable Robert T. Dawson, U.S. District Judge
Printed name and title

CHRIS R. JOHNSON, CLERK

BY

DEPUTY CLERK